## DISCIPLINARY CASES

**2009-1533. Columbus Bar Assn. v. Chasser.**
This cause is pending before the court upon the filing of a final report by the Board of Commissioners on Grievances and Discipline. On October 12, 2009, relator, Columbus Bar Association, filed objections to the final report, and oral argument was scheduled before the court. On October 27, 2009, relator filed a motion to withdraw its objection and to waive oral argument. Upon consideration thereof,
It is ordered by this court that relator's motion is granted.

## CASE ANNOUNCEMENTS
*November 2, 2009*

[Cite as *11/02/09 Case Announcements #2*, 2009-Ohio-5775.]

## MOTION AND PROCEDURAL RULINGS

**2009-1547. Ohio Consumers' Counsel v. Pub. Util. Comm.**
The Public Utilities Commission, Nos. 07-1080-GA-AIR and 07-1081-GA-ALT. This cause is pending before the court as an appeal from Public Utilities Commission of Ohio. Upon consideration of the corrected joint motion for procedural stay,
It is ordered by the court that the motion is denied.

## CASE ANNOUNCEMENTS
*November 3, 2009*

[Cite as *11/03/09 Case Announcements*, 2009-Ohio-5774.]

## MOTION AND PROCEDURAL RULINGS

**2009-1256. State ex rel. Hughley v. Berens.**
Fairfield App. No. 2009-CA-24, 2009-Ohio-3277. On September 16, 2009, this court found Kevin Hughley to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Hughley was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On November 2, 2009, Hughley submitted a motion for leave to file notice via affidavit pertaining to appellant's extension of time request (service). Upon review of the proffered motion for leave,
It is ordered by the court that Kevin Hughley's motion for leave is denied.

**2009-1292. State ex rel. Doner v. Logan.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. In an entry filed October 23, 2009, the court appointed a master commissioner for the limited purpose of receiving evidence and making all necessary determinations and rulings in regard thereto. Pursuant to that entry,
It is ordered that no later than seven days from the date of this entry, the parties shall submit proposed schedules to govern discovery and the presentation of evidence in this case. A scheduling order will be established thereafter.
Cupp, J., not participating.